UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**JANET D. GILDNER,**

    Plaintiff,

                                                Civil No.**06-14819**
                                                Hon. John Feikens

    v.


COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/


**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**


    The Court having reviewed the Amended Magistrate Judge's Report and Recommendation, filed on 11/30/2007, and noted that objections were filed by plaintiff on 12/10/2007,

    **IT IS ORDERED** that the Report is accepted and entered as the findings and conclusions of this court.


                                                    **s/John Feikens**
                                                    John Feikens
                                                   United States District Judge

Dated:  December 13, 2007

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 13, 2007.

s/Carol Cohron
Deputy Clerk